IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANDY A. WEAVER       *
         PLAINTIFF    *
                      *
V.                    *   CIVIL ACTION NO: _____
                      *
FREDERICK COUNTY SHERIFF'S DEPT,   *   RDB-08-2110
CHARLES JENKINS (SHERIFF) et, al., *
         DEFENDANT(S).             *

MOTION TO COMPEL DISCLOSURE UNDER FREEDOM
OF INFORMATION ACT, 5 USCS § 552

COMES NOW, RANDY A. WEAVER, PLAINTIFF/PETITIONER, Pro SE, HEREBY MOVES THIS HONORABLE COURT FOR AN ORDER, DIRECTING THE ABOVE-NAMED RESPONDANTS TO COMPLY WITH FREEDOM OF INFORMATION REQUEST THAT WAS SERVED UPON THEIR OFFICE ON July 18th, 2008.

SAID FREEDOM OF INFORMATION REQUEST SPECIFIED THAT THIS PETITIONER SOUGHT RECORDS CONTAINED WITHIN THEIR FILES THAT RELATE DIRECTLY TO THIS REQUESTER. SAID REQUEST WAS NOTARIZED AND SERVED UPON THE RESPONDANTS VIA UNITED STATES MAIL, POSTAGE PRE-PAID AND ADDRESSED AS FOLLOWS:

RECORDS OFFICER
FREDERICK COUNTY SHERIFF'S DEPT.
110 AIRPORT DRIVE - EAST
FREDERICK, MARYLAND 21701

RESPONDANTS HAVE FAILED TO RESPOND, AND PLAINTIFF

STATES THAT HE HAS A RIGHT TO SAID DOCUMENTS AS OUTLINED UNDER THE FREEDOM OF INFORMATION ACT 5 USCS § 552 (a)(1)(2)(3)(4)(5)(6)(7).

WHEREFORE, THIS PETITIONER RESPECTFULLY PRAYS FOR AN ORDER DIRECTING THE RESPONDANTS PRODUCE DOCUMENTS TO THE PETITIONER, OR, IN THE ALTERNATIVE, THAT A HEARING BE HELD REQUIRING THE RESPONDANTS TO SHOW CAUSE AS TO WHY THEY SHALL NOT BE HELD TO PROVIDE SUCH DOCUMENTS! PLAINTIFF IS INDIGENT AND WITHOUT ANY MEANS TO PAY FILING COST. PLAINTIFF HAS BEEN INCARCERATED SINCE MAY 25, 2008.

DATED THIS 5TH day OF August, 2008.

Respectfully submitted,

Randy A. Weaver
RANDY A. WEAVER
PETITIONER - PRO SE
7300 MACKECHNIE LANE
Frederick, Maryland
21704