TO: THE Honorable Clerk
OF U.S. District Court.
101 Lombard St.
Baltimore, Maryland
            21202

RE: STATEMENT OF INDIGENCY.

PLEASE Acknowledge RECEIPT.

My mail has not been getting to its destinations.

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

AUG 11 2008

CLERK US DISTRICT COURT
DISTRICT OF MARYLAND

Dear Honorable Clerk:                         08/05/08

I, RANDY ANTHONY WEAVER, do hereby attest under penalty of perjury that I am indigent and without any means to pay for the filing of the enclosed Motion to Compel disclosure under 5.USCS§ 552.

I would ask that any fee's be waived and my motion be filed.

P.S. The documents I seek in my motion are extremely vital and will also prove my civil rights claims.

Respectfully submitted,

Randy A. Weaver
Randy A. Weaver
Prose-Plaintiff
7300 Marcie Choice Ln.
Frederick, Maryland
            21704