IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RANDY A. WEAVER<br>        Plaintiff,<br>    v.<br><br>FREDERICK COUNTY SHERIFF'S<br> DEPT.<br>CHARLES JENKINS (SHERIFF) ET AL.<br>        Defendants. | *<br><br>*  CIVIL ACTION NO. RDB-08-2110<br><br>*<br><br>*<br><br>*** |

## **O R D E R**

In accordance with the foregoing Memorandum Opinion, IT IS this 27th day of August, 2008, by the United States District Court for the District of Maryland ORDERED that:

1. Plaintiff's request to waive the civil filing fee (Paper No. 1) IS GRANTED;

2. This Complaint for relief under 5 U.S.C. § 552 IS DISMISSED;

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL MAIL a copy of this Order, together with the foregoing Memorandum Opinion, to Plaintiff.

/s/
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE